FILED
CHARLOTTE, NC

APR 01 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:25-cr-71-KDB |
| ) | |
| v. ) | **BILL OF INFORMATION** |
| ) | |
| ) | Violation: |
| EMILIO FELIPE BROWN, a/k/a "LYFE," ) | 21 U.S.C. § 841(a)(1) |
| DEFENDANT ) | |
| ) | |

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
*(Possession with Intent to Distribute Cocaine and Methamphetamine)*

On March 20, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant,

### EMILIO FELIPE BROWN, a/k/a "LYFE,"

did knowingly and intentionally possess with intent to distribute controlled substances, which violation involved: (i) a mixture and substance containing a detectable amount of cocaine and (ii) a mixture and substance containing a detectable amount of methamphetamine, both Schedule II controlled substances; in violation of Title 21, United States Code, Sections 841(a)(1).

### Quantity of Cocaine Involved

With respect to defendant **EMILIO FELIPE BROWN, a/k/a "LYFE,"** the offense charged in Count One involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine. Accordingly, Title 21, United States Code, Section 841(b)(1)(A) applies.

### Quantity of Methamphetamine Involved

With respect to defendant **EMILIO FELIPE BROWN, a/k/a "LYFE,"** the offense charged in Count One involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine. Accordingly, Title 21, United States Code, Section 841(b)(1)(A) applies.

1

## NOTICE OF FORFEITURE

Notice is hereby given of the provisions of Title 21, United States Code, Section 853. The following property is subject to forfeiture in accordance with Sections 853:

a.   All property which constitutes or is derived from proceeds of the violations set forth in this Bill of Information;

b.   All property used or intended to be used in any manner or part to commit or facilitate such violations;

c.   If, as set forth in Title 21, United States Code, Section 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

RUSS FERGUSON
UNITED STATES ATTORNEY

BRANDON L. BOYKIN
ASSISTANT UNITED STATES ATTORNEY

2